# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Andre et al v. Thorne | **Case No :**<br>**Adv No :**<br>**Date :**<br>**Time :** | 12–35545 – C – 7<br>13–02001 – C<br>3/21/14<br>10:00 |
| **Matter :** | Trial – [1] – (62 (Dischargeability – 523(a)(2), false pretenses, false representation, actual fraud)),(67 (Dischargeability – 523(a)(4), fraud as fiduciary, embezzlement, larceny)),(68 (Dischargeability – 523(a)(6), willful and malicious injury)) : Complaint 13–02001 by Shirley Andre, Joseph Andre against Kenneth Robert Thorne. $293 Fee Not Paid (ltas) | | |
| **Judge :**<br>**Courtroom Deputy :**<br>**Reporter :**<br>**Department :** | Christopher M. Klein<br>Danielle Hendricks<br>Diamond Reporters<br>C | | |

**APPEARANCES for :**
**Movant(s) :**
   Plaintiff's Attorney – Summer D. Haro
**Respondent(s) :**
   Defendant's Attorney – Kenrick Young

TRIAL was :
Findings of fact/conclusions of law stated orally on record
Judgment for plaintiff

ORDER TO BE PREPARED BY :     Chambers