UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 12-35545-C-7 |
| KENNETH ROBERT THORNE, | Adversary No. 13-2001 |
| Debtor(s). | |
| SHIRLEY ANDRE and JOSEPH ANDRE, | |
| Plaintiff(s), | |
| v. | |
| KENNETH ROBERT THORNE, | |
| Defendant(s). | |



### JUDGMENT

This action came on for hearing before the court, the Honorable Christopher M. Klein presiding. The issues having been duly tried and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that plaintiffs Shirley Andre and Joseph Andre shall recover of defendant Kenneth Robert Thorne $1,182,009.46, which sum is declared to be excepted from discharge pursuant to 11 U.S.C. § 523(a)(2) and 11 U.S.C. § 523(a)(4). The count under 11 U.S.C. § 523(a)(6) is dismissed.

Dated: March 21, 2014.

_____
UNITED STATES BANKRUPTCY JUDGE

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Summer D. Haro
3840 Watt Ave #A
Sacramento CA 95821

Kenrick Young
1930 Del Paso Rd, Suite 121
Sacramento CA 95834